UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | CIVIL ACTION NO. 01-12257-PBS<br>MDL NO. 1456 |

## ORDER OF CONSOLIDATION

  Case number 07cv10248-PBS is consolidated with civil action number 01-12257-PBS.  All future pleadings will be docketed in civil action number 01-12257-PBS which has been designated the Lead Case.

                       /s/ Patti B. Saris  
                        Patti B. Saris  
                        United States District Judge

Copies to:  All Counsel                  March 24, 2011